UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUL GONZALEZ LOPEZ, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>V L DELIGHTS LLC (A.K.A. V L DEIGHTS LLC) (D/B/A BEL AMI CAFE), VANESSA LAPLAUD, AND, CLAUDIO DOE,<br><br>*Defendants.* | 19-cv-02796<br><br>SETTLEMENT AGREEMENT AND <u>RELEASE</u> |

This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiff Raul Gonzalez Lopez ("Plaintiff Gonzalez") on the one hand, V L Delights LLC (a.k.a. V L Deights LLC) (d/b/a Bel Ami Cafe), ("Defendant Corporation"), Vanessa Laplaud and Claudio Doe, ("Individual Defendant"), (collectively, "Defendants"), on the other hand.

WHEREAS, Plaintiff Gonzalez alleges that he worked for Defendants as an employee; and

WHEREAS, a dispute has arisen regarding Plaintiff Gonzalez's alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York, Civil Action No: 19-cv-02796 (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

WHEREAS, Defendants deny any violation of federal and state wage and hour and overtime laws; and

WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1. <u>Payment</u>: Defendants shall pay or cause to be paid to Plaintiff Gonzalez and his counsel, subject to the terms and conditions of this Agreement, the gross sum of Sixteen Thousand Five Hundred Dollars and No Cents (**$16,500.00**) (the "Settlement Amount"), within thirty (30) days of approval of this Agreement by the Court, or any order modifying and entering this Agreement.

   (a) The payment set forth above in this Paragraph shall be delivered to the office of Michael Faillace & Associates, P.C. to the attention of Michael Faillace, Esq., at One Grand Central

Place, 60 East 42nd Street, Suite 4510, New York, NY 10165 ) (Plaintiff Gonzalez's Counsel").

(b) Defendants shall send two (2) separate checks, one in the amount of Eleven Thousand Dollars and Zero Cents ($11,000) made payable to Plaintiff Raul Gonzalez Lopez via 1099 and another in the amount of Five Thousand Five Hundred and Zero Cents ($5,500.00) made payable to Michael Faillace & Associates, PC, as attorneys for Plaintiffs, via 1099.

2.  <u>Release and Covenant Not To Sue</u>: Plaintiff Gonzalez hereby irrevocably and unconditionally releases from and forever discharges and covenant not to sue Defendants, and for each of them, their heirs, successors, assigns, affiliates, parent organizations, subsidiaries, directors, owners, shareholders, members, agents, attorneys, legal representatives and managers any and all charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected, whether fixed or contingent (hereinafter referred to as "claim" or "claims") which each Plaintiff Gonzalez at any time has, had, claims or claimed to have against Defendants relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement. Similarly, Defendants release and discharge Plaintiff Gonzalez from any and all known claims, and liabilities of any kind that they have, had or claimed to have against Plaintiff Gonzalez relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement.

3.  <u>No Admission of Wrongdoing</u>: This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

4.  <u>Plaintiff's Responsibility for Taxes/Indemnity</u>: Plaintiff assumes responsibility for the payment of any and all federal, state and local taxes which may hereafter be imposed or required to be paid by Plaintiff under any federal, state, or municipal laws, with respect to their to the monies paid by Defendants to Plaintiff and/or Plaintiff's Counsel pursuant to this Agreement.

a.  The Defendants shall issue a Form 1099-MISC to Plaintiff Gonzalez's Counsel, in the normal course, with respect to the sum of Five Thousand Five Hundred Dollars and Zero Cents ($5,500.00), and Plaintiff Gonzalez represents and warrants that Plaintiff Gonzalez's Counsel has assumed responsibility for the taxes on that sum.

b.  The Defendants shall issue Plaintiff Gonzalez a Form 1099-MISC, in the normal course, with respect to the sum of Eleven Thousand Dollars and Zero Cents ($11,000), and Plaintiff Gonzalez shall be solely responsible for any and all taxes due and owing with respect thereto.

c.  The foregoing notwithstanding: (i) the Defendants have not made any warranty concerning liability for taxes on payment of the Settlement Amount, and Plaintiff Gonzalez has not relied on any such representations in determining the tax treatment of said sum; and (ii) Plaintiff Gonzalez agrees to indemnify and hold the Defendants harmless for all tax liabilities including, without limitation, any city, state or federal income taxes relative to the Settlement Amount together with any interest and penalties assessed as a result of the Defendant's distribution of the Settlement Payment under this Agreement, except that Defendants shall not be liable for any penalties resulting from the Defendant's failure to report such payment.

4. <u>Modification of the Agreement</u>: This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiff Gonzalez and Defendants.

5. <u>Acknowledgments</u>: Plaintiff Gonzalez and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

6. <u>Notices</u>: Notices required under this Agreement shall be in writing and shall be deemed given on the first business day following first-class mailing and electronic transmission thereof. Notice hereunder shall be delivered to:

To Plaintiff Gonzalez:

Michael Faillace, Esq.
**MICHAEL FAILLACE & ASSOCIATES, P.C.**
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com

To Defendants:

Helen Anne Rella
**WILK AUSLANDER LLP**
1515 Broadway, 43rd Floor
New York, NY 10036
Tel: 212-980-3500
Fax: 212 752 6380
Email: hrella@wilkauslander.com

7. <u>Governing Law</u>: This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

8. <u>Enforceability</u>: If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement, provided, however, that upon any finding by a court of competent jurisdiction that a release or waiver of claims or rights or a covenant set forth herein is illegal, void or unenforceable, Plaintiff Gonzalez agrees to promptly execute a release, waiver and/or covenant that is legal and enforceable.

9. **Release Notification**: Defendants advised Plaintiffs to discuss the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledge that they have consulted with Michael Faillace, Esq. of Michael Faillace & Associates, P.C., Plaintiff Gonzalez acknowledges that it is their choice to waive any potential claims in return for the benefits set forth herein and that each of them made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiff Gonzalez confirms that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10. **Counterparts**: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

PLAINTIFF:

By: ___[signature]___  Date: 5-29-19
RAUL GONZALEZ LOPEZ

DEFENDANTS:

By: _____  Date: _____
V L DELIGHTS LLC (A.K.A. V L DEIGHTS LLC)

By: _____  Date: _____
VANESSA LAPLAUD

By: _____  Date: _____
CLAUDIO DOE

7. Governing Law: This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

8. Enforceability: If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement, provided, however, that upon any finding by a court of competent jurisdiction that a release or waiver of claims or rights or a covenant set forth herein is illegal, void or unenforceable, Plaintiff Gonzalez agrees to promptly execute a release, waiver and/or covenant that is legal and enforceable.

9. Release Notification: Defendants advised Plaintiffs to discuss the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledge that they have consulted with Michael Faillace, Esq. of Michael Faillace & Associates, P.C., Plaintiff Gonzalez acknowledges that it is their choice to waive any potential claims in return for the benefits set forth herein and that each of them made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiff Gonzalez confirms that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10. Counterparts: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

PLAINTIFF:

By: _____  Date: _____
RAUL GONZALEZ LOPEZ

DEFENDANTS:

By: _____  Date: 06/03/2019
V L DELIGHTS LLC (A.K.A. V L DEIGHTS LLC)

By: _____    Date: 06.03.19
VANESSA LAPLAUD

By: _____    Date: 06-03-19
CLAUDIO DOE